**FREEMAN MATHIS & GARY, LLP**
William A. Munoz (SBN 191649)
bill.munoz@fmglaw.com
1013 Galleria Boulevard
Roseville, California 95678-1365
Telephone:    916.472.3300
Facsimile:    833.297.6235

**FREEMAN MATHIS & GARY, LLP**
DAVID M. LIU (SBN 216311)
david.liu@fmglaw.com
JAEMIE L. PARAON (SBN 340735)
jaemie.paraon@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
Telephone:    (213) 615-7000;
Facsimile:    (213) 615-7100

Attorneys for Defendant
LIFE LINE SCREENING OF AMERICA LTD.
(erroneously sued as " LIFE LINE SCREENING OF AMERICA, LLC")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| JENNIFER K. TOY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIFE LINE SCREENING OF AMERICA, LLC.<br><br>Defendant. | Case No.:<br><br>**DEFENDANT LIFE LINE SCREENING OF AMERICA LTD.'S NOTICE OF REMOVAL BASED UPON DIVERSITY JURISDICTION**<br><br>[28 U.S.C. §§ 1332, 1441(b)]<br><br>Complaint Filed:    July 27, 2023 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant Life Line Screening of America Ltd. (erroneously sued as "Life Line Screening of America, LLC") hereby removes to this Court the state court action described below.

**REMOVAL IS TIMELY**

1. On July 27, 2023, an action was commenced in the Superior Court of the State of California for the county of San Francisco entitled *Jennifer K. Toy, et al. v. Life Line Screening*

1 *of America, LLC, et al.,* case number CGC-23-607935 (the "Action"). A copy of the summons,
2 complaint, civil case coversheet, notice of case management conference, and ADR package,
3 which were served, in the Action are attached hereto as Exhibit "A."

4     2.    The first date upon which defendant Life Line Screening of America Ltd.,
5 received a copy of said complaint was on or about August 11, 2023, when it was personally
6 served with the summons and complaint in the Action.

7     3.    28 U.S.C. § 1446(b)(1) requires that a defendant file a notice of removal within
8 30 days after being served: "The notice of removal of a civil action or proceeding shall be filed
9 within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the
10 initial pleading setting forth the claim for relief upon which such action or proceeding is
11 based…"

12     4.    This instant notice of removal will be filed and served within 30 days of Life
13 Line Screening of America Ltd., being served on August 11, 2023.

## DIVERSITY JURISDICTION REQUIREMENTS ARE MET

15     5.    Life Line Screening of America Ltd., is the only named defendant in this Action,
16 which has been served with the summons and complaint in this Action. There are no alleged
17 DOE defendants.

18     6.    This Court has original jurisdiction over this Action under the Class Action
19 Fairness Act ("CAFA") pursuant to 28 U.S.C. § 1332(d)(1) and is one which may be removed to
20 this Court by Life Line Screening of America Ltd., pursuant to the provisions of 28 U.S.C. §
21 1441(b). This Action is a class action brought under California Code of Civil Procedure § 382,
22 which provides a basis for this Court's jurisdiction pursuant to 28 U.S.C. § 1332(d)(1)(B).

23     7.    Plaintiff alleges violations of: (i) violations of California's Invasion of Privacy
24 Act ("CIPA") at Penal Code § 630, (ii) violations of California's Business and Professions Code
25 § 17200, (iii) breach of confidence, (iv) violations of California Constitution, Article I, § 1, (v)
26 intrusion upon seclusion, and (vi) negligence and negligence per se.

27     8.    CAFA's minimum amount in controversy of $5 million is met based on the
28 allegations in the complaint. *See* 28 U.S.C. § 1332(d)(2). CIPA, at Penal Code § 637.2(a),

1  permits recover of damages of $5,000 per violation of Penal Code § 630, including up to three
2  times the amount of actual damages, if any. (Exhibit A, ¶¶ 35, 178). Plaintiff alleges there are
3  in excess of "thousands of individuals" as potential class members. (Exhibit A, ¶ 160). Thus,
4  based on the alleged CIPA violations with a potential violation of $5,000 for each potential class
5  member, in addition to actual damages for CIPA and other alleged claims, and with the alleged
6  class exceeding "thousands" of individuals, the amount in controversy exceeds $5 million.

7        9.      The minimal diversity requirements under CAFA, at 28 U.S.C. § 1332(d)(2), are
8  also met based on the allegations in the complaint. Plaintiff Jennifer K. Toy is a citizen of the
9  County of San Francisco, State of California (Exhibit A, ¶ 30).

10        10.     A limited liability company "[i]s a citizen of every state of which its
11  owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894,
12  899 (9th Cir. 2006). Pursuant to 28 U.S.C. § 1332(c)(1), a corporation's citizenship is
13  determined by the state of its incorporation and the location of its principal place of business.

    a.    At the time of filing the state court action and this Notice of Removal, defendant Life Line Screening of America Ltd., is a limited liability company organized under the laws of the State of Ohio, with its principal place of business located at Barton Oaks Plaza 2, Suite 130, 901 South Mopac Expressway, Austin, TX 78746;

    b.    Life Line Screening of America Ltd.'s managing member is Life Line Screening Holdings, LLC, a limited liability company organized under the State of Delaware; and

    c.    Life Line Screening Holdings, LLC's members are holding companies, which are two corporations: (i) Life Line Health Intermediate, Inc., a corporation organized under the State of Delaware, and (ii) Life Line Health, Inc., a corporation organized under the State of Delaware. The principal place of business for both Life Line Health Intermediate, Inc., and Life Line Health, Inc., is their respective registered offices located at 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808.

Freeman Mathis & Gary, LLP
Attorneys at Law

11. Accordingly, because Plaintiff is a citizen of California, and Life Line Screening of America Ltd., through its managing member and its members, are all citizens of Delaware, there is minimal diversity of the parties under CAFA.

12. Line Screening of America Ltd., is filing a copy of this Notice of Removal in the state court in the Action and will serve a notice of this Notice of Removal on Plaintiff.

Dated: September 11, 2023                    **FREEMAN MATHIS & GARY, LLP**

By: _____
William A. Munoz
David M. Liu
Jaemie A. Paraon
Attorneys for Defendant
LIFE LINE SCREENING OF AMERICA LTD. (erroneously sued as "LIFE LINE SCREENING OF AMERICA, LLC")

**PROOF OF SERVICE**

I am over 18 years of age and not a party to this action.

I am employed in Orange County, California, in the office of an active member of the State Bar of California. My business address is 3030 Old Ranch Parkway, Suite 200, Seal Beach, California 90740.

On September 11, 2023, I served a copy of the document(s) entitled:

**DEFENDANT LIFE LINE SCREENING OF AMERICA LTD.'S NOTICE OF REMOVAL BASED UPON DIVERSITY JURISDICTION**

in the manner described below:

☐ **By United States Mail.** I enclosed the document(s) in the envelope(s) addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) with postage fully prepaid at the United States Postal Service collection box located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☐ **By Overnight Delivery.** I enclosed the document(s) in the envelope(s) provided by an overnight delivery carrier and addressed to the individual(s) on the attached Service List. I sealed and deposited the envelope(s) in the box regularly maintained by the express service carrier located at 3020 Old Ranch Parkway, Seal Beach, California 90740.

☒ **By CM/ECF PORTAL.** I certify that I electronically filed the foregoing documents and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ **By Electronic Service.** I attached the document(s) to an email and sent the email from lisa.khan@fmglaw.com to the individual(s) on the attached Service List at the email address(es) stated therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 11, 2023, at Seal Beach, California

_____
Lisa Khan

**SERVICE LIST**

| | |
|---|---|
| John J. Nelson<br>MILBERG COLEMAN BRYSON PHILLIPS<br>GROSSMAN, PLLC<br>402 W. Broadway, Suite 1760<br>San Diego, CA 92101 | *Attorney for Plaintiff*<br>Tel:   858/209-6941<br>Email:  jnelson@milberg.com |

**DEFENDANT LIFE LINE SCREENING OF AMERICA LTD.'S NOTICE OF REMOVAL BASED UPON DIVERSITY JURISDICTION**